I. D. Opat, Appellee, v. City of Chicago, Appellant.
Gen. No. 41,322.

opinion filed December 30, 1940; re-hearing denied and opinion slightly modified January 15, 1941. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Alexander J. Resa, Sydney R. Drebin and Louis H. Geiman, Assistant Corporation Counsel, of counsel; I. D. Opat, *pro se;* William R. Peacock, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."